## STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. LEON O. HART, PLAINTIFF IN ERROR.

Submitted July 10, 1914—Decided March 25, 1915.

On error to the Supreme Court, in which court the following *per curiam* was filed:

"*Per curiam*—The indictment in this case must be quashed. The case cannot be distinguished from *State* v. *Nugent,* 48 *Vroom* 157."

For the plaintiff in error, *Harlan Besson* and *Mark Townsend, Jr.*

For the defendant in error, *Robert H. Hudspeth,* prosecutor of the pleas.

PER CURIAM.

The court being equally divided in opinion, the judgment under review must be affirmed.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, KALISCH, BOGERT, VREDENBURGH, WILLIAMS, JJ.   7.

*For reversal*—THE CHANCELLOR, GARRISON, TRENCHARD, BLACK, WHITE, TERHUNE, HEPPENHEIMER, JJ.   7.